UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| | : | |
| v. | : | 18 U.S.C. § 641 |
| | : | |
| | : | (Theft of Public Money) |
| **PHILLIP KNIGHT,** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### (Theft of Public Money)

At all times relevant to the offense charged in this Information, defendant PHILLIP KNIGHT was employed as a Special Agent in the Office of Internal Affairs at the United States Bureau of Prisons ("BOP"). In February 2013, KNIGHT was transferred from the BOP's Southeast Regional Office in Atlanta, Georgia to BOP's central office in the District of Columbia.

On or about May 10, 2013, in the District of Columbia, defendant KNIGHT submitted a Settlement Voucher to the BOP in which he sought reimbursement for expenses incurred during his travel to the District of Columbia on February 11 and 12, 2013. In this voucher, defendant KNIGHT stated that certain of his close family members had accompanied him on this travel when, in fact, they had not.

By so doing, defendant KNIGHT knowingly and willfully did embezzle, steal, and convert to his own use property of the United States having some value, that is, money valued at $120.76.

**(Theft of Public Money, in violation of Title 18, United States Code, Section 641 (value of the property does not exceed $1,000))**

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney

By: _____
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-6879

Dated: April 28, 2015